**Dismissed; Opinion Filed January 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00976-CV

**FRITZ MANAGEMENT, LLC AND INTERVENORS FRIES RESTAURANT MANAGEMENT, LLC, FAST BUILDERS, LLC, AND FIREBRAND PROPERTIES, LP,**
**Appellants**
**V.**
**HUGE AMERICAN REAL ESTATE, INC., SUNIL DHAROD, SHARMILA S. DHAROD, DAVID MORRIS, FAST AMERICAN RESTAURANTS, INC., AND HUGE AMERICAN RESTAURANTS, INC., Appellees**

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-07578

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Before the Court is appellants' December 20, 2019 motion to dismiss the appeal. We grant

the motion and dismiss the appeal.



/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190976F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

FRITZ MANAGEMENT, LLC AND
INTERVENORS FRIES RESTAURANT
MANAGEMENT, LLC, FAST
BUILDERS, LLC AND FIREBRAND
PROPERTIES, LP, Appellants

No. 05-19-00976-CV          V.

HUGE AMERICAN REAL ESTATE,
INC., SUNIL DHAROD, SHARMILA S.
DHAROD, DAVID MORRIS, FAST
AMERICAN RESTAURANTS, INC.,
AND HUGE AMERICAN
RESTAURANTS, INC., Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-07578.
Opinion delivered by Justice Partida-
Kipness, Justices Osborne and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees Huge American Real Estate, Inc., Sunil Dharod, Sharmila
S. Dharod, David Morris, Fast American Restaurants, Inc., and Huge American Restaurants, Inc.
recover their costs of this appeal, if any, from appellants Fritz Management, LLC, and
Intervenors Fries Restaurant Management, LLC, Fast Builders, LLC, and Firebrand Properties,
LP.

Judgment entered this 3rd day of January, 2020.